UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **JOSEPH LAWRENCE** | * | **CIVIL ACTION NO. 09-1990** |
| **VERSUS** | * | **JUDGE MELANÇON** |
| **ROBERT MORRIS, ET AL** | * | **MAGISTRATE JUDGE HILL** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by defendants, Mayor Robert Morris ("Mayor Morris"), Nelson James ("James"), Ginny Moody ("Moody"), Joan M. McManus ("McManus"), and Jacqueline Thibodeaux ("Thibodeaux") [Rec. Doc. 7] be **DENIED** as to all claims asserted by plaintiff under 42 U.S.C. § 1983.

Lafayette, Louisiana, this 7th day of April, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE