UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSEPH LAWRENCE** | **CIVIL ACTION 09-1990** |
| **VERSUS** | **JUDGE MELANÇON** |
| **ROBERT MORRIS, ET AL** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

The determination as to the amount of reasonable attorney fees, costs and expenses to which defendants are entitled in connection with the filing of their Motion For Summary Judgment was referred to United States Magistrate Judge C. Michael Hill for his Report and Recommendation. *R. 23*. After an independent review of the record, including the affidavit of fees filed by defendants' counsel, the applicable jurisprudence, and noting the absence of objections filed by the parties, this Court concludes that the findings and recommendation of the magistrate judge are correct and adopts the conclusions set forth therein. [Rec. Doc. 26]. Therefore, it is

**ORDERED** that the sum of Three Thousand Twenty and 50/100 Dollars ($3,320.50) in attorney's fees be awarded to defendants in this action.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, this 30th day of March, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE